DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GRAY

   No. 556A93-2

   Case below: Lenoir County Superior Court

   Motion by defendant to delay ruling dismissed 18 December 2001.

STATE v. HILL

   No. 418P01

   Case below: 144 N.C. App. 450

   Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 18 December 2001.

STATE v. HILL

   No. 535A95-3

   Case below: Harnett County Superior Court

   Petition by defendant for writ of certiorari to review the order of the Superior Court, Harnett County, denied 18 December 2001.

STATE v. HYATT

   No. 402A00

   Case below: Buncombe County Superior Court

   Application by defendant pro se for writ of habeas corpus denied 21 November 2001.

STATE v. JOHNSON

   No. 623P01

   Case below: 146 N.C. App. 447

   Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 18 December 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.